**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH SACRAMENTO LAND COMPANY; LEVEE DISTRICT 1; RECLAMATION DISTRICT 784; SACRAMENTO VALLEY LANDOWNERS ASSOCIATION; BUTTE COUNTY FARM BUREAU; SOLANO COUNTY FARM BUREAU; and YOLO COUNTY FARM BUREAU,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; KEN SALAZAR, in his official capacity as Secretary of Interior; ROWAN W. GOULD, in his official capacity as Acting Director of UNITED STATES FISH AND WILDLIFE SERVICE; and REN LOHOEFENER in his official capacity as Regional Director of the Pacific Southwest Region of the UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　Defendants. | CASE NO. 2:11-CV-943-JAM-KJN<br><br>**ORDER ON JOINT STATUS REPORT** |

**ORDER**

Based on the agreed report filed by the parties, **IT IS SO ORDERED** that the schedule for this case is as follows:

　　August 12, 2011:　　　　Administrative Record Filed

　　September 9, 2011:　　　Any Motions to Supplement Administrative Record

　　September 30, 2011:　　Oppositions to Motions to Supplement Administrative Record

　　October 14, 2011:　　　Replies for Motions to Supplement Administrative Record

If no motions to supplement the administrative record are filed, the Parties will file their summary judgment briefing as follows:

　　October 31, 2011:　　　Plaintiffs file their motion for summary judgment.

---

ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:11-CV-943-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| November 18, 2011: | The Service files its combined cross motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| December 2, 2011: | Plaintiffs file their combined opposition to the Service's cross motion and reply. |
| December 16, 2011: | The Service files its reply to Plaintiffs' opposition. |

If there are motions to supplement the record, the Parties will file a proposed briefing schedule within 10 days after the Court acts on those motions. The Parties are excused from the requirements of Local Rule 260(a)-(c) regarding statements of facts to accompany motions for summary judgment.

DATED:  6/13/2011

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

---

ORDER                                                                                   2:11-CV-943-JAM-KJN

PDF created with pdfFactory trial version www.pdffactory.com