# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH SACRAMENTO LAND COMPANY; et al., | CASE NO. 2:11-CV-943-JAM-KJN |
| Plaintiffs, | **ORDER ON STIPULATION TO EXTEND TIME** |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., | |
| Defendants. | |

## ORDER

Based on the stipulation filed by the parties, **IT IS SO ORDERED** that the schedule for this case is adjusted as follows:

| | |
|---|---|
| August 31, 2011: | Administrative Record Filed |
| September 30, 2011: | Any Motions to Supplement Administrative Record |
| October 21, 2011: | Oppositions to Motions to Supplement Administrative Record |
| November 4, 2011: | Replies for Motions to Supplement Administrative Record |

The existing schedule for Motions for Summary Judgment (Doc. 13) remains in effect, but will be automatically stayed if a Motion to Supplement the Administrative Record is filed. If Plaintiffs file a Motion to Supplement Administrative Record, the Parties will file a proposed briefing schedule within 10 days after the Court acts on that motion.

DATED: 7/15/2011

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE

ORDER                                                                  2:11-CV-943-JAM-KJN