M. REED HOPPER, No. 131291
DAMIEN M. SCHIFF, No. 235101
BRANDON M. MIDDLETON, No. 255699
Pacific Legal Foundation
930 G Street
Sacramento, CA 95814
(916) 419-7111 | (916) 419-7747 (fax)
Attorneys for Plaintiffs

IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief
KRISTEN L. GUSTAFSON, Assistant Section Chief
ANDREA E. GELATT, Trial Attorney, No. 262617
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
(202) 305-0388 | (202) 305-0275 (fax)
Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTH SACRAMENTO LAND COMPANY; et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; et al.,<br><br>  Defendants. | CASE NO. 2:11-CV-943-JAM<br><br>**STIPULATION AND ORDER STAYING THE CASE** |

Pursuant to L.R. 143, this Stipulation is entered into by and between North Sacramento Land Company; Levee District 1; Reclamation District 784; Sacramento Valley Landowners Association; Butte County Farm Bureau; Solano County Farm Bureau; and Yolo County Farm Bureau (collectively "Plaintiffs") and Federal Defendants, the Secretary of Interior and the U.S. Fish and Wildlife Service (collectively "the Service") stipulate as follows:

---

Stipulation to Stay Case and [Draft] Order     1     2:11-CV-943-JAM

PDF created with pdfFactory trial version www.pdffactory.com

1. On September 10, 2010, the Service received a petition by Plaintiffs to revise the status of VELB under the ESA so that it is no longer listed as threatened as defined by the Endangered Species Act ("ESA").

2. On April 8, 2011, Plaintiffs filed their Complaint, alleging that the Service had violated the ESA and the Administrative Procedure Act ("APA") by failing to make a timely finding on their petition to delist the VELB.

3. The Service has submitted to the Federal Register a finding responding to Plaintiffs' petition regarding the VELB pursuant to 16 U.S.C. § 1533(b)(3)(A). *See* 76 Fed. Reg. 51,929 (Aug. 19, 2011).

4. The parties agree that the Service's actions resolve Plaintiffs' ESA and APA claims.

The parties have been making progress in settlement discussions regarding Plaintiffs' claims for attorneys' fees in this case. Both parties are optimistic that a mutually acceptable resolution to this matter can be reached, pending approval by the appropriate authorities within the government and by Plaintiffs, and that the present lawsuit can be voluntarily dismissed in its entirety.

The requested stay is therefore in the interest of judicial economy, and in the best interest of all concerned. The parties request that the case schedule be suspended until October 14, 2011, by which date the parties will either notify the Court that a settlement on attorneys' fees has been reached, or file with the Court a proposed briefing schedule for any attorneys' fee motions.

Respectfully submitted,

Dated: August 30, 2011   By: /s/ Brandon M. Middleton (as authorized, 8/30/11)
                              BRANDON M. MIDDLETON
                              Pacific Legal Foundation

Dated: August 30, 2011        IGNACIA S. MORENO,
                              Assistant Attorney General
                              SETH M. BARSKY, Chief
                              By: /s/ Andrea Gelatt
                              ANDREA GELATT, Trial Attorney
                              Counsel for Defendants

**IT IS SO ORDERED**

Dated: August 30, 2011        /s/ John A. Mendez
                              U.S. District Court Judge

Stipulation to Stay Case and [Draft] Order         2                    2:11-CV-943-JAM

PDF created with pdfFactory trial version www.pdffactory.com