# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NORTH SACRAMENTO LAND COMPANY; et al., | CASE NO. 2:11-CV-943-JAM |
| Plaintiffs, | **ORDER APPROVING STIPULATION OF DISMISSAL** |
| v. |  |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., |  |
| Defendants. |  |

Based on the stipulation filed by the parties, **IT IS SO ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

Dated:          October 17, 2011                    /s/ John A. Mendez_____
                                                     U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com