# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH SACRAMENTO LAND COMPANY; et al., | CASE NO. 2:11-CV-943-JAM |
| Plaintiffs, | **ORDER APPROVING STIPULATION OF DISMISSAL** |
| v. | |
| UNITED STATES FISH AND WILDLIFE SERVICE; et al., | |
| Defendants. | |

Based on the stipulation filed by the parties, **IT IS SO ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

Dated:   October 17, 2011        /s/ John A. Mendez
                                 U.S. District Court Judge

Order                               1                        2:11-CV-943-JAM

PDF created with pdfFactory trial version www.pdffactory.com